# EXHIBIT "1"
## TO THE PLAINTIFF'S COMPLAINT

# SUMMARY OF DEFENDANTS' IP ADDRESS DATA

**Plaintiff:** WWE Studios Finance Corp.
**Movie Title:** The Eliminators
**File Name:** Eliminators.2016.720p.WEB-DL.850MB.ShAaNiG.mkv
**Hash Tag:** SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813

|    | IP Address      | HIT Date UTC        | ISP               | State  | County       |
|----|-----------------|---------------------|-------------------|--------|--------------|
| 1  | 71.49.140.2     | 2016-11-27 00:19:01 | CenturyLink       | Nevada | Clark County |
| 2  | 71.49.197.207   | 2016-11-27 01:53:10 | CenturyLink       | Nevada | Clark County |
| 3  | 76.2.131.15     | 2016-11-27 06:05:51 | CenturyLink       | Nevada | Clark County |
| 4  | 71.52.48.114    | 2016-11-27 07:20:22 | CenturyLink       | Nevada | Clark County |
| 5  | 71.49.218.110   | 2016-11-27 14:21:20 | CenturyLink       | Nevada | Clark County |
| 6  | 71.48.61.238    | 2016-11-27 17:01:34 | CenturyLink       | Nevada | Clark County |
| 7  | 184.0.94.175    | 2016-11-27 22:13:38 | CenturyLink       | Nevada | Clark County |
| 8  | 67.236.18.218   | 2016-11-28 01:47:10 | CenturyLink       | Nevada | Clark County |
| 9  | 71.1.185.54     | 2016-11-28 07:30:50 | CenturyLink       | Nevada | Clark County |
| 10 | 184.6.138.237   | 2016-11-28 19:54:13 | CenturyLink       | Nevada | Clark County |
| 11 | 162.104.234.87  | 2016-11-29 09:21:19 | CenturyLink       | Nevada | Clark County |
| 12 | 71.49.136.145   | 2016-11-30 08:23:54 | CenturyLink       | Nevada | Clark County |
| 13 | 76.0.208.236    | 2016-11-30 18:37:05 | CenturyLink       | Nevada | Clark County |
| 14 | 67.236.18.26    | 2016-12-01 01:33:18 | CenturyLink       | Nevada | Clark County |
| 15 | 98.167.64.156   | 2016-12-01 06:49:21 | Cox Communications| Nevada | Clark County |
| 16 | 69.68.99.122    | 2016-12-01 23:14:14 | CenturyLink       | Nevada | Clark County |
| 17 | 98.167.69.141   | 2016-12-02 04:40:34 | Cox Communications| Nevada | Clark County |
| 18 | 71.50.90.238    | 2016-12-02 08:45:19 | CenturyLink       | Nevada | Clark County |
| 19 | 24.253.57.202   | 2016-12-03 00:26:22 | Cox Communications| Nevada | Clark County |
| 20 | 184.6.116.122   | 2016-12-03 01:50:47 | CenturyLink       | Nevada | Clark County |
| 21 | 24.253.35.241   | 2016-12-03 01:53:59 | Cox Communications| Nevada | Clark County |
| 22 | 71.53.191.55    | 2016-12-03 02:13:45 | CenturyLink       | Nevada | Clark County |
| 23 | 174.71.223.231  | 2016-12-03 04:20:09 | Cox Communications| Nevada | Clark County |
| 24 | 70.173.155.172  | 2016-12-03 17:04:38 | Cox Communications| Nevada | Clark County |
| 25 | 68.96.104.184   | 2016-12-04 19:51:51 | Cox Communications| Nevada | Clark County |
| 26 | 98.167.106.100  | 2016-12-05 06:42:26 | Cox Communications| Nevada | Clark County |